IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 4:13-cr-00119-1
)
Demetrius Lorenzo Mumford, )
)
Defendant. )
)

## O R D E R

On November 13, 2013, Defendant was sentenced by this Court to a 70-month custodial term for the offenses of possession of a firearm by a convicted felon and carrying a firearm during and in relation to drug trafficking. Defendant has since filed motions with this Court (Docs. 56 & 58) requesting consideration for a sentence reduction under 18 U.S.C. § 3582(c)(2), pursuant to Amendment 782 to the United States Sentencing Guidelines. Defendant also requests appointment of counsel.

Amendment 782, effective November 1, 2014, revised the guidelines applicable to drug trafficking offenses by changing how the base offense levels in the Drug Quantity Table in § 2D1.1 incorporate the statutory mandatory minimum penalties for such offenses.

Defendant was *not* convicted of a drug offense, nor was the § 2D1.1 guideline in any manner incorporated within his guideline calculations. Therefore, pursuant to U.S.S.G. § 1B1.10, Amendment 782 is not applicable to Defendant, and a reduction in Defendant's term of imprisonment is not authorized under 18 U.S.C. § 3582(c)(2).

Demetrius Lorenzo Mumford
4:13-cr-00119-1
Order on Motions

As to Defendant's request for counsel, Defendants seeking sentence reductions pursuant to § 3582 have no statutory or constitutional right to appointed counsel, <u>United States v. Webb</u>, 565 F.3d 789, 795 (11th Cir. 2009), which the Court has determined unnecessary in this case.

Based on the foregoing, Defendant's Motions for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(2), as well as his request for counsel, are **DENIED**.

SO ORDERED this 7th day of OCTOBER 2015.

_____
WILLIAM T. MOORE, JR.
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA